FILED

JAN 26 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CAMBRIDGE CAPITAL GROUP, INC., | ) ) ) | Miscellaneous No. 07-19 [Case No. 03-01178 (Chapter 7) |
| Debtor. | ) ) | in the Bankruptcy Court] |
| ──────────────────────── | ) | |
| WILLIAM D. WHITE, CHAPTER 7 TRUSTEE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | [Adversary Proceeding No. 06-10008 in the |
| THOMAS SQUARE ASSOCIATES, LLC, | ) ) ) | Bankruptcy   Court] |
| Defendant. | ) ) | |

ORDER SPECIALLY DESIGNATING BANKRUPTCY
<u>JUDGE TO CONDUCT A JURY TRIAL IN ADVERSARY PROCEEDING</u>

The Bankruptcy Court has submitted a Request to the District Court to Specially Designate the Bankruptcy Judge to Conduct a Jury Trial in Adversary Proceeding or, in the Alternative, to Withdraw the Adversary Proceeding to the District Court.  Having determined that the interests of

justice warrant not withdrawing the adversary proceeding for conduct of the jury trial in the District Court, and warrant instead conduct of the jury trial in the Bankruptcy Court, it is

ORDERED that pursuant to 28 U.S.C. § 157(e), the Bankruptcy Judge assigned the adversary proceeding is specially designated to conduct the jury trial in this adversary proceeding.

*/s/ Thomas F. Hogan*
Thomas F. Hogan
Chief United States District Judge

January 18, 2007

Copies to:
Charles H. Bogino, Esq.
Law Office of Charles H. Bogino
The Concord Bldg.
10605 Concord Street, Suite 410
Kensington, MD 20895
[Counsel for Plaintiff]

Ira C. Wolpert, Esq.
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
[Counsel for Defendant]